Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicants*
*Sakura Miyawaki, et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of | ) CASE NO. 5:24-mc-80132 |
| | ) |
| Sakura Miyawaki, Chae-won Kim, Jennifer Yunjin Huh, Kazuha Nakamura, and Eun-chae Hong, | ) **DECLARATION OF MI GYEONG KOO IN SUPPORT OF APPLICANTS'** ***EX PARTE*** **APPLICATION FOR AN ORDER PURSUANT TO 28. U.S.C. § 1782 AUTHORIZING DISCOVERY IN AID OF A FOREIGN PROCEEDING** |
| Applicants. | ) |
| | ) |

I, Mi Gyeong Koo, declare that:

1.  I am over the age of 18 years old, am competent to testify on the matters stated in this declaration, and I have personal knowledge of the matters stated herein, unless expressly stated otherwise.

2.  This declaration is in support of the Applicants' *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding ("**Application**").

1

DECLARATION OF MI GYEONG KOO

**STREAM|KIM**
ATTORNEYS AT LAW
3403 TENTH STREET, STE 700
RIVERSIDE, CA  92501
951-783-9470

3. I am the Head of the Marketing Team at SOURCE MUSIC Co., Ltd. ("**SOURCE MUSIC**"), a South Korean entertainment company and music label established in 2009 under the laws of the Republic of Korea ("**Korea**"). SOURCE MUSIC's principal place of business is in Korea. One of my responsibilities at SOURCE MUSIC is to deal with social media issues, including but not limited to false, defamatory or harassing statements made about the company and its artists.

4. SOURCE MUSIC is a private company engaged in the entertainment business with a focus on managing LE SSERAFIM, a female k-pop group formed by SOURCE MUSIC in 2022. The group consists of five members: Sakura Miyawaki, Chae-won Kim, Jennifer Yunjin Huh, Kazuha Nakamura, and Eun-chae Hong (the "**Applicants**").

5. An unidentified person using the YouTube handle "@issuefeed" published around fifteen (15) short-form videos ("**Shorts**"[1]) about the Applicants between March 5, 2024 and May 28, 2024[2] on his or her YouTube channel titled "Issue Feed" (Korean original: "이슈피드"). Attached as **Exhibit 1** is a true and correct screenshot of the YouTube channel as of May 29, 2024. The YouTube channel is active as of May 29, 2024[3] and has approximately 327,000 subscribers.

6. The YouTube Shorts contain false, defamatory and/or harassing statements about the Applicants. These include but are not limited to the following:[4]

    (a) YouTube Short titled "LE SSERAFIM SMART reference plagiarism controversy that even foreigners are sensing" (Korean original: "외국인들도 느끼고 있다는 르세라핌 SMART 레퍼런스 표절 논란 ㄷㄷ") dated March 5, 2024:[5] States that the Applicants' song titled 'SMART' copied Doja Cat's 'Woman' and Tyla's 'Water' in terms of the lyrics, melody, beat, and choreography. It quotes comments from other anonymous individuals including "le sserafim just doesn't have a musical identity…," "This is just a watered down version of water by tyla and

---

[1] Short-form videos typically lasting up to 60 seconds. See https://www.youtube.com/intl/en_id/creators/shorts/.
[2] All date and time references are based on Korea Standard Time (KST).
[3] https://www.youtube.com/@issuefeed.
[4] I have reviewed the Korean original statements made in the Shorts and hereby confirm the accuracy of their English translation referenced in the subparagraphs.
[5] https://www.youtube.com/watch?v=7P54w8pJKjI.

2
DECLARATION OF MI GYEONG KOO
STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET, STE 700
RIVERSIDE, CA 92501
951-783-9470

woman by doja cat lmaoo, 'keep kpop korean' they said'," "smart by le sserafim literally reminds me of water by tyla and clam down by rema and selena AND woman by doja." This Short received approximately 2,150,000 views, 39,000 'likes' and 2,500 comments as of May 29, 2024.

(b) YouTube Short titled "Shocking reaction of foreigners after watching LE SSERAFIM's Coachella stage" (Korean original: "르세라핌 코첼라 무대 본 외국인의 충격적인 반응") dated April 22, 2024:[6] States that the Applicants' "Coachella stage was a mess" (Korean original: "코첼라 무대 망했던 르세라핌"), "foreigner was shocked at the silent live music" (Korean original: "무음 라이브에 경악하는 외국인"), and "the more difficult part was the second Coachella stage / they just went on stage with AR just like Korean music shows / they totally gave up doing live music and just did the choreography" (Korean original: "더 난관은 2회차 코첼라 무대인데 / 아예 국내 음방마냥 AR깔고 무대함 / 라이브는 완전히 포기하고 춤만 춤"). It also quotes comments from other anonymous individuals including "I saw a comment saying that people in karaoke sing better than them," "Those improved parts are 'talk singing', not really singing," and "When they cant [*sic*] sing the part, they just scream." This Short received approximately 243,000 views, 7,400 'likes' and 430 comments as of May 29, 2024.

(c) YouTube Short titled "Creepy meaning behind LE SSERAFIM's music video that now gives you goose bumps" (Korean original: "이제보니 소름 쫙 돋는 르세라핌 뮤비 속 소름돋는 의미 ㄷㄷ") dated April 30, 2024:[7] Implies that the Applicants are associated with a religious cult by stating "LE SSERAFIM's debut concept: fallen angel / thought it was going for a rebellious concept involving rule breaking… / through recent incident, past music videos attracted attention / creepy symbols came to light one after another… / 1. Symbols about angels / Kazuha's wing on

---

[6] https://www.youtube.com/watch?v=yKeLhE2yriU.

3

DECLARATION OF MI GYEONG KOO

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

fire / She rips it off with her own hand… / Not the previous angel (Christianity) / but made into their own angel" (Korean original: "르세라핌 데뷔 컨셉: 타락한 천사 / 룰을 깨는 반항적인 컨셉인줄 알았는데… / 이번 사태로 지난 MV들이 재조명되며 / 소름돋는 상징들 속속 밝혀짐… / 1. 천사에 대한 상징들 / 불타고 있는 카즈하의 날개 / 자기 손으로 직접 뜯어버리는데… / 기존의 천사(기독교)가 아니라 / 자신들만의 천사로 만들어버림") This Short received approximately 2,130,000 views, 53,000 'likes' and 2,600 comments as of May 29, 2024.

7. Another unidentified person using the YouTube handle "@shortchajang" published around sixteen (16) Shorts about the Applicants between April 6, 2024 and May 28, 2024 on his or her YouTube channel titled "Short Chajang" (Korean original: "숏차장"). Attached as **Exhibit 2** is a true and correct screenshot of the YouTube channel as of May 29, 2024. The YouTube channel is active as of May 29, 2024[8] and has approximately 193,000 subscribers.

8. The YouTube Shorts contain false, defamatory and/or harassing statements about the Applicants. These include but are not limited to the following:[9]

(a) YouTube Short titled "What is the truth behind Chae-won Kim's body shape that changed?" (Korean original: "몸매가 달라졌다는 김채원 진실이 뭘까?") dated April 21, 2024:[10] Focuses on certain parts of LE SSERAFIM Chae-won Kim's body and alleges she received plastic surgery. This Short received approximately 1,750,000 views, 32,000 'likes' and 850 comments as of May 29, 2024.

(b) YouTube Short titled "Sound even after taking off the microphone..? Bigger controversy with LE SSERAFIM's second Coachella" (Korean original: "마이크를 떼도 소리가..? 르세라핌 2차 코첼라 더 뜨거운

---

[7] https://www.youtube.com/watch?v=G7923f3HErU.
[8] https://www.youtube.com/@shortchajang.
[9] I have reviewed the Korean original statements made in the Shorts and hereby confirm the accuracy of their English translation referenced in the subparagraphs.
[10] https://www.youtube.com/watch?v=ya88sVRAY94.

4
DECLARATION OF MI GYEONG KOO

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

논란") dated April 22, 2024:[11] States "LE SSERAFIM's second Coachella stage is controversial / the current state is that there are people that say they improved and also other people that say they used too much AR / Because of the AR, even with the microphone removed apparently there was still transmission of voice" (Korean original: "르세라핌의 2차 코첼라 무대가 논란이다 / 실력이 좋아졌다며 호평하는 사람들과 AR이 너무 심하다는 사람들이 대립중인 현 상황 / AR때문에 마이크를 떼도 목소리가 그대로 송출되었다고 하는데") and implies they were just lip syncing. This Short received approximately 124,000 views, 1,900 'likes' and 120 comments as of May 29, 2024.

(c) YouTube Short titled "LE SSERAFIM looking so anxious these days.." (Korean original: "요즘 상태가 너무 불안해보이는 르세라핌..") dated May 4, 2024:[12] States "Controversy with a member involved with school violence and also provocative choreography and outfit / controversy involving plagiarism / encore live / controversial skills" (Korean original: "학폭 이슈 멤버로 논란이 되었고 선정적인 안무와 의상으로 논란 / 표절 논란 / 앵콜 라이브 / 실력으로 또 논란"). This Short received approximately 316,000 views, 4,700 'likes' and 540 comments as of May 29, 2024.

9. These YouTubers' Shorts have inflicted and continue to inflict significant reputational damage on the Applicants. As a result, false allegations, defamatory and/or harassing statements made by the anonymous YouTubers against the Applicants, SOURCE MUSIC and/or its other artists can cause damage to both those being attacked and the company. To date, SOURCE MUSIC's efforts to locate these anonymous persons by searching publicly available information have not revealed the true identities of the YouTubers.

10. Based on the words and expressions in these Shorts that were published in the Korean language, we believe that the YouTubers are native Korean speakers and are in Korea. To date, we have not discovered anything that would indicate they are non-Korean citizens or that

---

[11] https://www.youtube.com/watch?v=JzAlr69p6bo.

DECLARATION OF MI GYEONG KOO

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

they are residing in the US.

11. On May 31, 2024, the Applicants filed a criminal complaint against the anonymous YouTubers with the Seoul Yongsan Police Station in Seoul, Korea ("**Korean Criminal Matter**") for publishing defamatory YouTube videos. The Applicants are claiming defamation pursuant to Article 70, Paragraph 2 of the Act on Promotion of Information and Communications Network Utilization and Information Protection and crime of insult pursuant to Article 311 of the Korean Criminal Act against the YouTubers.

12. Unless the true identities of the anonymous YouTubers are revealed, the Applicants will not be able to prosecute the Korean Criminal Matter. As a result, the Applicants intend to use the identities of the anonymous YouTubers for the Korean Criminal Matter.

13. The anonymous YouTubers' false, defamatory and/or harassing statements[13] have caused irreparable harm to the Applicants and SOURCE MUSIC's business. We look forward to identifying the persons responsible for these statements so that the Applicants' rights can be recognized by the Korean courts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 31, 2024

/s/ Mi Gyeong Koo
MI GYEONG KOO

---

[12] https://www.youtube.com/watch?v=GhXhQdnwoWY.
[13] Since these statements have already been published, we are not seeking any communications or contents of any communications through the Applicants' Section 1782 request for limited discovery.

6
DECLARATION OF MI GYEONG KOO

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

# Exhibit 1

YouTube KR
Search
Sign in
Home
Shorts
Subscriptions
You
History
Sign in to like videos, comment, and subscribe.
Sign in
Explore
Trending
Shopping
Music
Movies
Live
Gaming
Sports
Courses
Podcasts
More from YouTube
YouTube Premium
YouTube Music
YouTube Kids
Settings
Report history
Help
Send feedback
About Press Copyright Contact us Creators Advertise Developers
Terms Privacy Policy & Safety How YouTube works Test new features
이슈피드
이슈피드
@issuefeed · 327K subscribers · 1K videos
...more
instagram.com/issuefeed and 2 more links
Subscribe
Home
Videos
Shorts
Live
Playlists
Community
Store
Popular videos
Play all
Videos
Play all
Shorts



# Exhibit 2

