Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicants*
*Sakura Miyawaki, et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Sakura Miyawaki, Chae-won Kim, Jennifer Yunjin Huh, Kazuha Nakamura, and Eun-chae Hong,<br><br>    Applicants. | CASE NO. 5:24-mc-80132<br><br>**[PROPOSED] ORDER GRANTING APPLICANTS'** ***EX PARTE*** **APPLICATION FOR AN ORDER PURSUANT TO 28. U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

**[PROPOSED] ORDER**

This matter comes before the Court on the Applicant's *Ex Parte* Application for Order Pursuant to 28. U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding, seeking discovery from Google LLC in connection with a pending criminal matter in the Republic of Korea.

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28. U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

The Court, having fully considering the Application, and good cause appearing, **HEARBY GRANTS** the Application.

**IT IS HERBY ORDERED** that:

1. The Applicants are authorized to issue and serve Google LLC a subpoena for the production of documents in a form substantially similar to the proposed subpoena attached to the Application as **Exhibit A**.

2. The Applicants' counsel must serve a copy of this Order and all papers upon which it was based together with the subpoena.

3. Google LLC shall respond to the subpoena for the production of documents within fourteen (14) days of service of the subpoena and as required under the Federal Rules of Cvil Procedure and the Local Rules of the United States District Court for the Nothern District of California.

4. The Court hereby retains jurisdiction over this matter.

**IT IS SO ORDERED.**

Dated: _____                    _____

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28. U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING