
1 Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
2 **STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
3 Riverside, CA 92501
Telephone: (951) 783-9470
4 Facsimile: (951) 783-9475
5
6 *Attorneys for Applicants*
*Sakura Miyawaki, et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of | ) CASE NO. 5:24-mc-80132 |
| | ) |
| Sakura Miyawaki, Chae-won Kim, Jennifer Yunjin Huh, Kazuha Nakamura, and Eun-chae Hong, | ) **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| Applicants. | ) |

The Applicants Sakura Miyawaki, Chae-won Kim, Jennifer Yunjin Huh, Kazuha Nakamura, and Eun-chae Hong, by their counsel, hereby state that the Applicants are members of a K-pop female group called LE SSERAFIM. LE SSERAFIM was formed in 2022 by SOURCE MUSIC Co., Ltd. ("**SOURCE MUSIC**"), a private corporation incorporated under the laws of the Republic of Korea. It is a subsidiary of HYBE Co., Ltd., a public corporation incorporated under the laws of the Republic of Korea.

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be affected by the outcome of this proceeding:

- SOURCE MUSIC Co., Ltd., a private corporation incorporated under the laws of the Republic of Korea; and
- HYBE Co., Ltd., a public corporation incorporated under the laws of the Republic of Korea and listed in the Korea Composite Stock Price Index (KRX: 352820).

Dated:  May 31, 2024                         STREAM KIM HICKS WRAGE & ALFARO, PC.

/s/ _____
Eugene Kim
*Attorneys for Applicants*
*Sakura Miyawaki, et al.*

**STREAM|KIM**
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS