UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAKURA MIYAWAKI,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:24-mc-80132-EJD<br><br>**JUDGMENT** |

On June 5, 2024, the Court denied Applicants' request for leave to take discovery for use in a foreign proceeding. ECF No. 8. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 5, 2024

EDWARD J. DAVILA
United States District Judge